FILED

Sep 28 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  DAVID P. WAGGONER, CSBN 242519
HOMELESS ACTION CENTER
2  3126 Shattuck Avenue
Berkeley, CA  94705
3  Phone:  (415) 205-8237
Fax:    (510) 540-0403
4  dwaggoner@homelessactioncenter.org
5
Attorneys for Plaintiff
6

7

8  DAVID L. ANDERSON
United States Attorney
DEBORAH LEE STACHEL
9  Regional Chief Counsel, Region IX
MICHAEL K. MARRIOTT
10  Assistant Regional Counsel
        Social Security Administration
11       160 Spear Street, Suite 800
        San Francisco, CA 94105
12       Phone: (415) 977-8985
        Fax: (415) 744-0134
13       Email: michael.marriott@ssa.gov

14  Attorneys for Defendant

15

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19  RYAN A. MARLOW,                    )
                                       )   CIVIL NO. 5:19-cv-03225-NC
20          Plaintiff,                 )
                                       )
21      v.                             )   STIPULATION TO DISMISSAL ; ORDER
                                       )
22  ANDREW M. SAUL,                    )
                                       )
23  Commissioner of Social Security,   )
                                       )
24          Defendant.                 )

25

26

27

28

Stipulation to Dismissal          Case No. 5:19-cv-03225-NC          1

1    IT IS HEREBY STIPULATED by and between the parties, through their undersigned

2    counsel, subject to the approval of the Court, that pursuant to FRCP Rule 41 (a)(1)(A)(ii), the

3    parties hereby agree to dismiss this action.

4

5    Dated:  September 28, 2020

6                                                  /s/ *David P. Waggoner*

7                                                  DAVID P. WAGGONER
                                                   Attorney for Plaintiff
8

9

10

11   Date:   September 28, 2020          DAVID L. ANDERSON
                                         United States Attorney
12

13                              By:      /s/ *Michael K. Marriott*
                                         MICHAEL K. MARRIOTT
14                                       Assistant Regional Counsel
                                         As authorized via email on 9/28/20
15
                                         Attorneys for Defendant
16

17

18   **ORDER**

19   Based upon the parties' Stipulation to Dismissal, this matter is HEREBY DISMISSED without

20   prejudice.

21

22

23

24   Dated:  September 28, 2020

25

26   THE HONORABLE _____ L. COUSINS
     UNITED _____ JUDGE
27

28

GRANTED

*Nate*

Judge Nathanael M. Cousins